UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                                  )<br>)<br>VENKATA MANNAVA,                 )<br>)<br>            Defendant.                      )<br>_____) | Case: 1:14-cr-039 (TFH)<br><br>UNDER SEAL |

**NOTICE OF APPEARANCE**

You are hereby notified that I appear for the defendant indicated above in the entitled action.

Respectfully submitted,

/s/ Jason Kalafat
Jason Kalafat, Esq.
*Counsel for Venkata Mannava*
Bar No. 989001
Price Benowitz LLP
409 7th Street, NW, Suite 200
Washington, DC 20004
(202) 417-6000