UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

**VENKATA SRINIVAS MANNAVA**  Criminal No. 14-39 (TFH)

### WAIVER OF INDICTMENT

I, **VENKATA SRINIVAS MANNAVA ,,** the above named defendant, who is accused of **21 U.S.C. § 843(a)(3) and 846 AND 18 U.S.C. § 1347,1349, (Conspiracy to Obtain Controlled Substance, to wit, Oxycodone, by Prescription Fraud and Conspiracy to Commit Health Care Fraud)** being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on **March 06, 2014** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Thomas F. Hogan
United States District Judge

3/6/14