UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

**VENKATA SRINIVAS MANNAVA**                Criminal No. 14-39 (TFH)

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives its right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States Attorney

APPROVED:

_____
Thomas F. Hogan
United States District Judge

Dated:   March 05, 2014