UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VENKATA SRINIVAS MANNAVA,<br><br>Defendant. | **FILED**<br>JUL 29 2015<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia<br><br>Criminal Case No. 14-39 (TFH) |

ORDER AMENDING JUDGMENT FILED JUNE 18, 2015

ORDERED that page four (4) of the Sentencing Judgment [ECF No. 23] be amended to include that Defendant shall serve 6 (six) months of Home Detention, Special Radio Technology Frequency Program as directed by the United States Probation Office. The cost is waived by the Court.

IT IS FURTHER ORDERED that all the other provisions of the Sentencing Judgment Order filed in this case on June 18, 2015, shall remain in effect

SO ORDERED.

July 28, 2015

Thomas F. Hogan
Senior United States District Judge